# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131298(91)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

P.T. TODAY, INC., BRAD PUTVIN, GORDON ALLEN, MICHAEL BEAUVAIS, ELAINE COOPER, WILLIAM ROTH, LANA BAUM, TIMOTHY BONDY, DAVID GILBOE, DIANA INCH, SANDRA JENKINS, RICHARD FEBY, MARY ANN KOENIG, JEFFREY GREEN, OSA JACKSON-WYATT, RICHARD KOHLER, JEROME MALONE, SHEILA ISLES, PARUL SHAH, and MARTIN KATENBERG,
             Plaintiffs-Appellants,
and

BARBARA JOHNSON, ROBERT BAKER, KAREN LEHMAN BORIN, MARGARET KAMENEC, TERENCE HEATON, TERESA HERRLINGER, RICHARD MILDER, JIM SIMPSON, JANET WISENIEWSKI, TIMOTHY STEGEMAN, MARK BEISSEL, BARBARA HERZOG, and JOHN CZARNECKI,
             Plaintiffs,
v

COMMISSIONER OF THE OFFICE OF FINANCIAL AND INSURANCE SERVICES and BLUE CROSS BLUE SHIELD OF MICHIGAN,
             Defendants-Appellees,
and

ATTORNEY GENERAL,
             Intervening Appellee.

SC: 131298
COA: 259964
Ingham CC: 01-093039-AZ

_____/

       On order of the Court, the motion for reconsideration of this Court's September 26, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

*Corbin R. Davis*

Clerk

p0220